WILLIAM N. KAMMER [SBN 53848]
wkammer@swsslaw.com
ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendant
COLDWATER CREEK INC.

**FILED**
JUL - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MASSEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COLDWATER CREEK, INC.,<br><br>　　　　Defendants. | CASE NO. '08 CV 1208 L CAB<br><br>**PROOF OF SERVICE** |

P:00433192:61030.003

PROOF OF SERVICE

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101.

On July 7, 2008, I served a copy, including all exhibits, if any, of the following document(s):

1. **COLDWATER'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT**

on the parties in this action listed in the attached Proof of Service List, which is incorporated herein by this reference, by the following means:

☒ **(BY MAIL)** I caused each such envelope to be sealed and placed for collection and mailing from my business address. I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY PERSONAL SERVICE)** I caused each such envelope to be sealed and given to a courier authorized by our attorney service to receive documents for delivery on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY FACSIMILE)** This document was transmitted by facsimile transmission from (619) 231-4755 and the transmission was reported as complete and without error. I then caused the transmitting facsimile machine to properly issue a transmission report, a copy of which is attached to this affidavit.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of this bar of this court, at whose direction this service was made.

Executed on July 7, 2008 at San Diego, California.

_____
Rose Tang

## PROOF OF SERVICE LIST

James R. Patterson, Esq.
Harry R. Harrison, Esq.
Cary A. Kinkead, Esq.
HARRISON & PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Tel. (619) 756-6990
Fax (619) 756-6991

James M. Lindsay, Esq.
Gene J. Stonebarger, Esq.
LINDSAY & STONEBARGER
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Tel. (916) 294-0002
Fax (916) 294-0012

Attorneys for Plaintiff and the Class