WILLIAM N. KAMMER [SBN 53848]
wkammer@swsslaw.com
ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for COLDWATER CREEK INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MASSEY,<br><br>        Plaintiff,<br><br>v.<br><br>COLDWATER CREEK INC.,<br><br>        Defendant. | CASE NO. 08 CV 1208 L CAB<br><br>**COLDWATER CREEK'S NOTICE OF FINANCIAL INTEREST UNDER L.R. 40.2** |

Pursuant to Local Rule 40.2, Coldwater Creek Inc. ("Coldwater") certifies that no parent corporations or publicly held corporations own 10% or more of its stock, and that Coldwater is a publicly traded company on the NASDAQ Stock Exchange which trades under the symbol "CWTR."

DATED: July 8, 2008                SOLOMON WARD SEIDENWURM & SMITH, LLP


                                   By: /s/ William N. Kammer
                                       WILLIAM N. KAMMER
                                       Attorneys for COLDWATER CREEK INC.

# CERTIFICATE OF SERVICE

I caused **COLDWATER CREEK'S NOTICE OF FINANCIAL INTEREST UNDER L.R. 40.2** to be served in the following manner:

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

jpatterson@hpolaw.com

### Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

James M. Lindsay, Esq.
Gene J. Stonebarger, Esq.
LINDSAY & STONEBARGER
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Tel. (916) 294-0002
Fax (916) 294-0012

/s/ *William N. Kammer*
**William N. Kammer**