UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN E. MASSEY, | ) | Civil No. 08-CV-1208-L(CAB) |
| Plaintiffs, | ) | **ORDER OF RECUSAL** |
| v. | ) | |
| COLDWATER CREEK INC., | ) | |
| Defendant. | ) | |

The undersigned hereby recuses himself from the above-captioned case. The matter has been randomly reassigned to the Honorable Janis L. Sammartino. The case number should be changed to reflect Judge Sammartino's initials. Therefore, the "L" that appears after the case number should be changed to "JLS". This change shall be made on all future filings to ensure that all documents are properly routed to Judge Sammartino. The magistrate judge will remain the same.

**IT IS SO ORDERED.**

DATED: July 8, 2008

M. James Lorenz
United States District Court Judge

. . .

. . .

1 | COPY TO:

2 | HON. JANIS L. SAMMARTINO
3 | UNITED STATES DISTRICT JUDGE

4 | HON. CATHY A. BENCIVENGO
5 | UNITED STATES MAGISTRATE JUDGE

6 | ALL PARTIES/COUNSEL