| | |
|---|---|
| 1 | WILLIAM N. KAMMER [SBN 53848] |
|   | wkammer@swsslaw.com |
| 2 | ALISON L. PIVONKA [SBN 156977] |
|   | apivonka@swsslaw.com |
| 3 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
|   | 401 B Street, Suite 1200 |
| 4 | San Diego, California 92101 |
|   | Telephone: (619) 231-0303 |
| 5 | Facsimile: (619) 231-4755 |
| 6 | Attorneys for COLDWATER CREEK INC. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MASSEY, | CASE NO. 08 CV 1208 JLS (CAB) |
| Plaintiff, | **NOTICE OF APPEARANCE OF ALISON L. PIVONKA** |
| v. | |
| COLDWATER CREEK INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Alison L. Pivonka, e-mail address: apivonka@swsslaw.com, of Solomon Ward Seidenwurm & Smith, LLP, 401 B Street, Suite 1200, San Diego, California 92101, telephone: (619) 231-0303, facsimile: (619) 231-4755, is co-counsel in this matter for defendant Coldwater Creek Inc.

All future ECF filings in this matter should also be served on Alison L. Pivonka.

DATED: July 9, 2008                SOLOMON WARD SEIDENWURM & SMITH, LLP

                                   By:  /s/ Alison L. Pivonka
                                        WILLIAM N. KAMMER
                                        ALISON L. PIVONKA
                                        Attorneys for COLDWATER CREEK INC.

P:00433544:61030.003                                              08 CV 1208 JLS (CAB)
NOTICE OF APPEARANCE OF ALISON L. PIVONKA

## CERTIFICATE OF SERVICE

I caused **NOTICE OF APPEARANCE OF ALISON L. PIVONKA** to be served in the following manner:

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

jpatterson@hpolaw.com

### Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

James M. Lindsay, Esq.
Gene J. Stonebarger, Esq.
LINDSAY & STONEBARGER
620 Coolidge Drive, Suite 225
Folsom, CA  95630
Tel. (916) 294-0002
Fax (916) 294-0012

/s/ *Alison L. Pivonka*
**Alison L. Pivonka**