1  PETER J. BRANN [*Admitted Pro Hac Vice*]
   pbrann@brannlaw.com
2  STACY O. STITHAM [*Admitted Pro Hac Vice*]
   sstitham@brannlaw.com
3  BRANN & ISAACSON
   184 Main Street
4  P.O. Box 3070
   Lewiston, ME 04243–3070
5  Telephone: (207) 786–3566
   Facsimile: (207) 783–9325
6
   WILLIAM N. KAMMER [SBN 53848]
7  wkammer@swsslaw.com
   ALISON L. PIVONKA [SBN 156977]
8  apivonka@swsslaw.com
   SOLOMON WARD SEIDENWURM & SMITH, LLP
9  401 B Street, Suite 1200
   San Diego, California 92101
10 Telephone: (619) 231-0303
   Facsimile: (619) 231-4755
11
   Attorneys for Defendant
12 COLDWATER CREEK INC.

13

14                    UNITED STATES DISTRICT COURT

15                    SOUTHERN DISTRICT OF CALIFORNIA

16

17  SUSAN E. MASSEY,                    CASE NO. 08 CV 1208 JLS (CAB)

18          Plaintiff,                  **ANSWER**

19  v.                                  **AND DEMAND FOR JURY TRIAL**

20  COLDWATER CREEK INC.,

21          Defendant.

22

23      Pursuant to Federal Rules of Civil Procedure 8(b) and 8(c), the defendant, Coldwater

24  Creek Inc. ("Coldwater"), answers the plaintiff's complaint and states its affirmative defenses

25  as follows:

26                              **ANSWER**

27      1.      Paragraph 1 of the plaintiff's complaint states a legal conclusion to which no

28  response is required.  To the extent, if any, that paragraph 1 contains allegations of fact,

1  Coldwater denies the same.

2      2.     Coldwater admits that it operates retail stores throughout the United States,

3  including California.  Coldwater denies the remaining allegations in paragraph 2 of plaintiff's

4  complaint.

5      3.     Coldwater denies the allegations contained in paragraph 3 of the plaintiff's

6  complaint.

7      4.     Paragraph 4 of the plaintiff's complaint states a legal conclusion to which no

8  response is required.  To the extent, if any, that paragraph 4 contains allegations of fact,

9  Coldwater denies the same.

10     5.     Coldwater admits that it does business in California, including the County of

11  San Diego, and that it accepts credit cards.  Coldwater denies the remaining allegations in

12  paragraph 5 of the plaintiff's complaint.

13     6.     Coldwater admits the allegations in paragraph 6 of the plaintiff's complaint.

14     7.     Coldwater is without sufficient information to form a belief as to the truth or

15  falsity of the allegations contained in paragraph 7, and therefore denies the same.

16     8.     Coldwater admits that plaintiff purports to bring this action as a class action.

17  Coldwater denies the remaining allegations in paragraph 8 of the plaintiff's complaint.

18     9.     Coldwater admits that it is a Delaware corporation and that it operates retail

19  stores in California, including stores in San Diego County.  Coldwater denies the remaining

20  allegations in paragraph 9 of plaintiff's complaint.

21     10.    Coldwater is without sufficient information to form a belief as to the truth or

22  falsity of the allegations contained in paragraph 10, and therefore denies the same.

23     11.    Coldwater denies the allegations contained in paragraph 11 of the plaintiff's

24  complaint.

25     12.    Coldwater denies the allegations contained in paragraph 12 of the plaintiff's

26  complaint.

27     13.    Coldwater is without sufficient information to form a belief as to the truth or

28  falsity of the allegations contained in paragraph 13, and therefore denies the same.

14.    Coldwater is without sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 14, and therefore denies the same.

15.    Coldwater is without sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 15, and therefore denies the same.

16.    Coldwater denies the allegations contained in paragraph 16 of the plaintiff's complaint.

17.    Coldwater denies the allegations contained in paragraph 17 of the plaintiff's complaint.

18.    Coldwater denies the allegations contained in paragraph 18 of the plaintiff's complaint.

19.    Coldwater denies the allegations contained in paragraph 19 of the plaintiff's complaint.

20.    Coldwater denies the allegations contained in paragraph 20 of the plaintiff's complaint.

21.    Coldwater is without sufficient information to form a belief as to the truth or falsity of the allegations contained in paragraph 21, and therefore denies the same.

22.    Coldwater admits that plaintiff purports to bring this action as a class action. Coldwater denies the remaining allegations in paragraph 22 of the plaintiff's complaint.

23.    Coldwater admits that, as pled, the purported class includes numerous persons. Coldwater denies the remaining allegations in paragraph 23 of the plaintiff's complaint.

24.    Coldwater denies the allegations contained in paragraph 24 of the plaintiff's complaint.

25.    Coldwater denies the allegations contained in paragraph 25 of the plaintiff's complaint.

26.    Coldwater denies the allegations contained in paragraph 26 of the plaintiff's complaint.

27.    Coldwater denies the allegations contained in paragraph 30 of the plaintiff's

1  complaint.

2      28.    Coldwater denies the allegations contained in paragraph 28 of the plaintiff's

3  complaint.

4      29.    Coldwater realleges and incorporates by reference its responses to each and

5  every allegation set forth above in paragraphs 1 through 28, inclusive.

6      30.    Paragraph 30 of the plaintiff's complaint states a legal conclusion to which no

7  response is required.  To the extent, if any, that paragraph 30 contains allegations of fact,

8  Coldwater denies the same.

9      31.    Coldwater admits that it accepts credit cards as a form of payment.  Coldwater

10  denies the remaining allegations in paragraph 31.

11      32.    Coldwater denies the allegations contained in paragraph 32 of the plaintiff's

12  complaint.

13      33.    Coldwater denies the allegations contained in paragraph 33 of the plaintiff's

14  complaint.

15      34.    Coldwater denies the allegations contained in paragraph 34 of the plaintiff's

16  complaint.

17      35.    Coldwater realleges and incorporates by reference its responses to each and

18  every allegation set forth above in paragraphs 1 through 34, inclusive.

19      36.    Coldwater denies the allegations contained in paragraph 36 of the plaintiff's

20  complaint.

21      37.    Coldwater denies the allegations contained in paragraph 37 of the plaintiff's

22  complaint.

23      38.    Coldwater denies the allegations contained in paragraph 38 of the plaintiff's

24  complaint.

25      39.    Coldwater denies the allegations contained in paragraph 39 of the plaintiff's

26  complaint.

27      40.    Coldwater denies the allegations contained in paragraph 40 of the plaintiff's

28  complaint.

41.    Coldwater denies the allegations contained in paragraph 41 of the plaintiff's complaint.

42.    Coldwater realleges and incorporates by reference its responses to each and every allegation set forth above in paragraphs 1 through 41, inclusive.

43.    Coldwater denies the allegations contained in paragraph 43 of the plaintiff's complaint.

44.    Coldwater denies the allegations contained in paragraph 44 of the plaintiff's complaint.

45.    Coldwater denies the allegations contained in paragraph 45 of the plaintiff's complaint.

46.    Coldwater denies the allegations contained in paragraph 46 of the plaintiff's complaint.

47.    Coldwater denies the allegations contained in paragraph 47 of the plaintiff's complaint.

48.    Coldwater denies the allegations contained in paragraph 48 of the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

Reserving the right to add additional affirmative defenses, and to assert other defenses, which become known through investigation, discovery, or other proceedings, including trial, in this matter, Coldwater states for its affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

49.    The plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

50.    The plaintiff's complaint should be dismissed for lack of standing to assert any or all of the causes of action alleged and to recover on behalf of the purported class.

## THIRD AFFIRMATIVE DEFENSE

50.    The injury or damage suffered by plaintiff, if any exists, would be adequately

1  compensated in an action at law for damages.  Accordingly, plaintiff has a complete and

2  adequate remedy at law and is not entitled to seek equitable relief.

### FOURTH AFFIRMATIVE DEFENSE

4      51.  The plaintiff's complaint is barred by the equitable doctrines of estoppel,

5  waiver, laches and/or unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

7      52.  The plaintiff's complaint is barred because no violation of section 1747.08 has

8  occurred or is occurring, and Coldwater's activities conformed with and were pursuant to

9  any and all applicable statutes and regulations and were not unlawful.

### SIXTH AFFIRMATIVE DEFENSE

11      53.  To the extent that Coldwater has done or failed to do anything which

12  constitutes a violation of the law as alleged in the Complaint (which Coldwater expressly

13  denies) such violation was not intentional but resulted from a bona fide error made

14  notwithstanding Coldwater's maintenance of procedures reasonably adopted to avoid that

15  error.

### SEVENTH AFFIRMATIVE DEFENSE

17      54.  The causes of action alleged in the Complaint are barred, in whole or in part,

18  by the doctrines of acquiescence, ratification, and consent.

### EIGHTH AFFIRMATIVE DEFENSE

20      55.  The causes of action alleged in the Complaint are barred, in whole or in part,

21  because neither plaintiff nor any member of the putative class suffered any legally

22  cognizable or other injury or damage as a result of the conduct alleged in the Complaint.

### NINTH AFFIRMATIVE DEFENSE

24      56.  The causes of action alleged in the Complaint are barred, in whole or in part,

25  because to the extent plaintiff or any member of the putative class was damaged, the

26  damage was caused by the acts, omissions, fault or conduct of third parties for whom

27  Coldwater is not legally responsible and has no legal control.

28  ///

**TENTH AFFIRMATIVE DEFENSE**

57. The causes of action alleged in the Complaint are barred, because California Civil Code § 1747.08 is unconstitutional to the extent it is applied in a manner that violates any constitutional protection, including without limitation:

(a) The excessive fines clauses of the Eighth Amendment to the United States Constitution;

(b) The due process clause of the Fourteenth Amendment to the United States Constitution;

(c) The constitutional requirement that an entity receive fair notice of the conduct that will subject it to punishment;

(d) The constitutional prohibition against grossly excessive punishment;

(e) The constitutional prohibition against vague, standardless, and overbroad laws; and

(f) The constitutional rights of free speech and free association.

**ELEVENTH AFFIRMATIVE DEFENSE**

58. With respect to each and every allegation of the Complaint as they relate to the request for class certification, class certification is not appropriate because there is a lack of:

(a) Commonality or community of interest;

(b) Typicality;

(c) An ascertainable class;

(d) Adequate representation;

(e) Appropriateness of relief to the putative class as a whole;

(f) Predominance of common questions over questions affecting individual class members;

(g) Substantial benefit to the litigants and the Court; and

(h) Superiority of a class action to other available methods for fair and efficient adjudication.

**TWELFTH AFFIRMATIVE DEFENSE**

59.     Venue in the Southern District of California is improper.

**CONCLUSION**

Based upon the foregoing, Coldwater requests that the complaint against it be dismissed with prejudice in its entirety, and that Coldwater be awarded its costs and attorneys' fees, and any further relief this Court deems just and proper.

DATED: July 14, 2008                    SOLOMON WARD SEIDENWURM & SMITH, LLP


By:     /s/ William N. Kammer
        WILLIAM N. KAMMER
        ALISON L. PIVONKA
        Attorneys for COLDWATER CREEK INC.

1

## DEMAND FOR JURY TRIAL

2      Defendant demands a jury trial of all claims triable by a jury.

3

4    DATED: July 14, 2008                    SOLOMON WARD SEIDENWURM & SMITH, LLP

5

6                                            By:  /s/ William N. Kammer
                                                  WILLIAM N. KAMMER
7                                                 ALISON L. PIVONKA
                                                  Attorneys for COLDWATER CREEK INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I caused **ANSWER** to be served in the following manner:

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

jpatterson@hpolaw.com

### Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

[NONE]

/s/ William N. Kammer
**William N. Kammer**