James M. Lindsay, State Bar No. 164758
Gene J. Stonebarger, State Bar No. 209461
LINDSAY & STONEBARGER
A Professional Corporation
620 Coolidge Drive, Suite 225
Folsom, CA 95630
Telephone: (916) 294-0002
Facsimile: (916) 294-0012

James R. Patterson, State Bar No. 211102
Harry W. Harrison, State Bar No. 211141
Cary A. Kinkead, State Bar No. 216545
HARRISON PATTERSON & O'CONNOR LLP
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MASSEY, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COLDWATER CREEK, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 08 CV 1208 JLS (CAB)<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF GENE J. STONEBARGER** |

　　　NOTICE IS HEREBY GIVEN that Gene J. Stonebarger of Lindsay & Stonebarger, 620 Coolidge Drive, Suite 225, Folsom, California 95630, telephone: (916) 294-0002, facsimile: (916) 294-0012, e-mail address: gstonebarger@lindstonelaw.com, is co-counsel in this matter for plaintiff Susan E. Massey and the putative class.

　　　All future ECF filings in this matter should also be served on Gene J. Stonebarger.

Dated: July 14, 2008　　　　　　　　　　　　LINDSAY & STONEBARGER

　　　　　　　　　　　　　　　　　　　　　　　HARRISON, PATTERSON & O'CONNOR

　　　　　　　　　　　　　　　　　　　　　　　By:　s/Gene J. Stonebarger
　　　　　　　　　　　　　　　　　　　　　　　　　E-mail: gstonebarger@lindstonelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and the Class

---

NOTICE OF APPEARANCE　　　　　　　1　　　　　　　CASE NO.: 08 CV 1208 JLS (CAB)

1  James M. Lindsay, State Bar No. 164758
   Gene J. Stonebarger, State Bar No. 209461
2  LINDSAY & STONEBARGER
   A Professional Corporation
3  620 Coolidge Drive, Suite 225
   Folsom, CA 95630
4  Telephone: (916) 294-0002
   Facsimile: (916) 294-0012
5
   James R. Patterson, State Bar No. 211102
6  Harry W. Harrison, State Bar No. 211141
   Cary A. Kinkead, State Bar No. 216545
7  HARRISON PATTERSON & O'CONNOR LLP
   402 West Broadway, 29th Floor
8  San Diego, CA 92101
   Telephone: (619) 756-6990
9  Facsimile: (619) 756-6991

10 Attorneys for Plaintiff and the Class

11

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MASSEY, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>COLDWATER CREEK, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 08 CV 1208 JLS (CAB)<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States and am employed in Sacramento County. I am over the age of eighteen (18) years and not a party to this action; my business address is 620 Coolidge Drive, Suite 225, Folsom, California 95630.

On July 14, 2008, I caused the following document(s) to be served to each of the parties listed herein:

**NOTICE OF APPEARANCE OF GENE J. STONEBARGER**

---

CERTIFICATE OF SERVICE　　　　1　　　　CASE NO.: 08 CV 1208 JLS (CAB)

| | |
|---|---|
| **Peter J Brann**<br>Brann and Isaacson<br>184 Main Street<br>PO Box 3070<br>Lewiston, ME 04243-3070<br>(207)786-3566<br>pbrann@brannlaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |
| **William N Kammer**<br>Solomon Ward Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>(619)231-0303<br>(619) 615-7909 (fax)<br>wkammer@swsslaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |
| **James R Patterson**<br>Harrison Patterson & O'Connor<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>(619)756-6990<br>jpatterson@hpolaw.com | **Susan E. Massey**<br>*(Plaintiff)* |
| **Alison Lee Pivonka**<br>Solomon Ward Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>(619)238-4827<br>(619)615-7927 (fax)<br>apivonka@swsslaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |
| **Stacy O Stitham**<br>Brann and Isaacson<br>184 Main Street<br>PO Box 3070<br>Lewiston, ME 04243-3070<br>(207)786-3566<br>sstitham@brannlaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |

☒ **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Folsom, California, on July 14, 2008.

_____
Delene Havens