UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MASSEY,<br><br>          Plaintiff,<br><br>   v.<br><br>COLDWATER CREEK, INC.,<br><br>          Defendant. | Civil No.   08cv1208-JLS (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

Counsel for all parties contacted the Court on August 20, 2008, and represented that the case has settled. Accordingly, IT IS HEREBY ORDERED:

1. The Early Neutral Evaluation Conference currently scheduled for August 28, 2008 shall be **VACATED**.

2. A Joint Motion for Dismissal shall be electronically filed on or before **September 2, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Janis L. Sammartino, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

3. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before September 2, 2008, then a Settlement Disposition Conference shall be

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

held on **September 3, 2008**, at **9:30a .m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Defendant shall initiate and coordinate the conference call.

4. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before September 2, 2008, the Settlement Disposition Conference shall be vacated.

DATED: August 20, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge