PETER J. BRANN [*Admitted Pro Hac Vice*]
pbrann@brannlaw.com
STACY O. STITHAM [*Admitted Pro Hac Vice*]
sstitham@brannlaw.com
BRANN & ISAACSON
184 Main Street
P.O. Box 3070
Lewiston, ME 04243–3070
Telephone: (207) 786–3566
Facsimile: (207) 783–9325

WILLIAM N. KAMMER [SBN 53848]
wkammer@swsslaw.com
ALISON L. PIVONKA [SBN 156977]
apivonka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231–0303
Facsimile: (619) 231–4755

Attorneys for Defendant
COLDWATER CREEK INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MASSEY,<br><br>    Plaintiff,<br><br>v.<br><br>COLDWATER CREEK INC.,<br><br>    Defendant. | CASE NO. 08–CV–1208–JLS(CAB)<br><br>**PARTIES' JOINT MOTION FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(2), the plaintiff, Susan E. Massey ("Massey"), and the defendant, Coldwater Creek Inc. ("Coldwater"), jointly move to dismiss the individual claims of Massey with prejudice and without costs, and to dismiss the claims of the putative class members without prejudice and without costs.

---

JOINT MOTION TO DISMISS

| | |
|---|---|
| DATED: September 2, 2008 | LINDSAY & STONEBARGER |
| | HARRISON, PATTERSON & O'CONNOR |
| | By: /s/Gene J. Stonebarger |
| |     GENE J. STONEBARGER |
| | Attorneys for Plaintiff |
| | SUSAN E. MASSEY |
| | |
| | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| | BRANN & ISAACSON |
| | |
| | By: /s/ William N. Kammer |
| |     WILLIAM N. KAMMER |
| | Attorneys for Defendant |
| | COLDWATER CREEK INC. |

1  James M. Lindsay, State Bar No. 164758
   Gene J. Stonebarger, State Bar No. 209461
2  LINDSAY & STONEBARGER
   A Professional Corporation
3  620 Coolidge Drive, Suite 225
   Folsom, CA 95630
4  Telephone: (916) 294-0002
   Facsimile: (916) 294-0012
5
   James R. Patterson, State Bar No. 211102
6  Harry W. Harrison, State Bar No. 211141
   Cary A. Kinkead, State Bar No. 216545
7  HARRISON PATTERSON & O'CONNOR LLP
   402 West Broadway, 29th Floor
8  San Diego, CA 92101
   Telephone: (619) 756-6990
9  Facsimile: (619) 756-6991

10 Attorneys for Plaintiff and the Class

11
                    UNITED STATES DISTRICT COURT
12
                   SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| SUSAN E. MASSEY, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>COLDWATER CREEK, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.: 08 CV 1208 JLS (CAB)<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE** |

21  I am a citizen of the United States and am employed in Sacramento County. I am over the age of eighteen (18) years and not a party to this action; my business address is 620 Coolidge Drive, Suite 225, Folsom, California 95630.

24  On September 2, 2008, I caused the following document(s) to be served to each of the parties listed herein:

**PARTIES' JOINT MOTION FOR DISMISSAL**

---

CERTIFICATE OF SERVICE        1        CASE NO.: 08 CV 1208 JLS (CAB)

| | |
|---|---|
| **Peter J Brann**<br>Brann and Isaacson<br>184 Main Street<br>PO Box 3070<br>Lewiston, ME 04243-3070<br>(207)786-3566<br>pbrann@brannlaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |
| **William N Kammer**<br>Solomon Ward Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>(619)231-0303<br>(619) 615-7909 (fax)<br>wkammer@swsslaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |
| **James R Patterson**<br>Harrison Patterson & O'Connor<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>(619)756-6990<br>jpatterson@hpolaw.com | **Susan E. Massey**<br>*(Plaintiff)* |
| **Alison Lee Pivonka**<br>Solomon Ward Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>(619)238-4827<br>(619)615-7927 (fax)<br>apivonka@swsslaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |
| **Stacy O Stitham**<br>Brann and Isaacson<br>184 Main Street<br>PO Box 3070<br>Lewiston, ME 04243-3070<br>(207)786-3566<br>sstitham@brannlaw.com | **Coldwater Creek Inc**<br>*(Defendant)* |

☒ **BY ELECTRONIC MAIL TRANSMISSION:** A PDF format copy of such document(s) was sent by electronic mail transmission through the CM/ECF system to each such person at the e-mail address listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Folsom, California, on September 2, 2008.

*Delene Havens*
Delene Havens

LINDSAY & STONEBARGER
A Professional Corporation