# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN E. MASSEY,<br><br>    Plaintiff,<br><br> v.<br><br>COLDWATER CREEK INC.,<br><br>    Defendant. | CASE NO. 08–CV–1208–JLS(CAB)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR DISMISSAL** |

    Presently before the Court is a joint motion of the parties for dismissal of the action. Good cause appearing, the Court hereby GRANTS the joint motion and DISMISSES the individual claims of Massey with prejudice and without costs, and DISMISSES the claims of the putative class members without prejudice and without costs.

    IT IS SO ORDERED.

DATED: September 4, 2008

                                                            HON. JANIS L. SAMMARTINO<br>
                                                            United States District Judge